AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07 MAG 1310

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANAURE TAVAREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/10/2007 | *(signature)* |
| Date | Signature |
| | PAUL S. BRENNER — 1488527 |
| | Print Name — Bar Number |
| | 401 BROADWAY STE 306 |
| | Address |
| | NEW YORK — NY — 10013 |
| | City — State — Zip Code |
| | (212) 431-4880 — (212) 966-0588 |
| | Phone Number — Fax Number |