PAUL S. BRENNER<br>
ATTORNEY AT LAW<br>
401 BROADWAY, SUITE 306<br>
NEW YORK, NY 10013<br>
(212) 431-4880<br>
FAX (212) 966-0588<br>
boomer401@aol.com

June 6, 2008

Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Manaure Tavarez*
      1:07-cr-00841-DLC

Dear Judge Cote:

I am the attorney for the defendant Manuare Tavarez.

This matter is scheduled for sentencing on June 13, 2008 at 10:30 am. On that date, I will be actually engaged at the United States District Court, Newark, New Jersey, in the trial of *United States v. Corey Emanuel,* before the Honorable Katherine S. Hayden, Case No. 2:06-cr-00911-KSH-2.

I respectfully request that this matter be adjourned to July 18, 2008, or any time thereafter convenient to the Court, as I need additional time to prepare and submit to the Court a pre-sentence memorandum regarding the issue of youthful offender.

I have spoken to AUSA Jessica Masella and she has no objection to my request.

Respectfully submitted,

Paul S. Brenner

/iel
cc: AUSA Jessica Masella