```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    07 CR. 841-01 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
MANAURE TAVAREZ,                         :
                                         :
          Defendant.                     :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

DENISE COTE, District Judge:

For the reasons set forth in the June 6, 2008 letter from counsel for defendant Manaure Tavarez, and with consent of the Government, it is hereby

ORDERED that the sentence date previously scheduled for June 13, 2008 is adjourned to **July 25, 2008** at **12 p.m.**

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **July 11** and the Government's response shall be due **July 18**.

Dated:   New York, New York
         June 10, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge