Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-2008
```

United States of America

Manaure Tavarez

Docket No.: 1:07-cr-00841 (DLC)

Honorable Denise L. Cote
(District Court Judge)

Notice is hereby given that __Manaure Tavarez__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [X] __sentence__
(specify)

entered in this action on __July 25, 2008__.
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date __July 31, 2008__
TO

Paul S. Brenner, Esq.
(Counsel for Appellant)

Address  401 Broadway

Suite 306

New York, N.Y. 10013

Telephone Number: 212-431-4880

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing July 25, 2008<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [✓]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  /s/ Paul Brenner   DATE July 31, 2008

▶ **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

## AFFIDAVIT OF SERVICE

Ronald Perro, affirms under the penalty of perjury as promulgated by 28 U.S.C. §1746, and respectfully sets forth that:

I am over the age of eighteen years and I am not a party to the within action.

That on July 31, 2008, he has placed in the hands of the authorities of the United States Postal Service, a Notice of Appeal, with postage pre-paid thereon, forwarded by First Class Mail upon the Office of the United States Attorney, Southern District of New York, One Saint Andrews Plaza, New York, N.Y. 10007.

_____
Ronald Perro

I declare that the foregoing is true
and correct under the penalty of
perjury (28 U.S.C. §1746).

