

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2008

**By Hand Delivery and ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Manaure Tavarez,**
          07 Cr. 841 (DLC)

Dear Judge Cote:

    The Government respectfully writes in response to the Court's inquiry at the July 25, 2008 sentencing proceeding for Manaure Tavarez, with respect to the calculation of his criminal history for plea and sentencing purposes.

    On March 4, 2008, Tavarez pleaded guilty to Count One of the above-referenced indictment, charging him with participating in a conspiracy to distribute and possess with intent to distribute five kilograms and more of cocaine, in violation of Title 21, United States Code, Section 846. That crime ordinarily carries with it a mandatory minimum sentence of ten years' imprisonment. See 21 U.S.C. § 841(b)(1)(A).

    At the time of Tavarez's guilty plea, Tavarez pleaded guilty pursuant to a plea agreement, in which the parties anticipated that Tavarez would be eligible for the so-called "safety valve" relief, set out in Title 18, United States Code, Section 3553(f), from the otherwise applicable mandatory minimum in this case. That plea agreement was based on, among other things, the parties' belief that Tavarez did not have more than one criminal history point. See 18 U.S.C. § 3553(f)(1). However, in the PSR, the Probation Office noted that Tavarez in fact has three criminal history points (one point stemming from a 2006 youthful offender conviction in New York for unauthorized use of a motor vehicle and two additional points because the defendant was on probation for that offense at the time of the conduct in the instant case). See PSR ¶¶ 32-36.

Following is a summary of the information that I had with respect to Tavarez's criminal history.

Tavarez was arrested on August 8, 2007, at approximately 4:00 p.m., and he was presented before a Magistrate Judge on August 9, 2007. In preparation for his presentment, the Pretrial Services Office prepared a criminal history report for Tavarez, which was distributed to me and counsel for Tavarez, Alan Haber, Esq., who was appointed pursuant to the Criminal Justice Act that day. That criminal history report is the document that the Court marked as Court Exhibit 2 during Tavarez's sentencing proceeding, and a copy is attached hereto as Exhibit 2. Exhibit 2 contains Tavarez's New York youthful offender conviction. On August 9, 2007, I reviewed the criminal history report in preparation for any bail argument that Tavarez might make during his presentment.

On or about September 20, 2007, I produced discovery materials to Tavarez. By September 20, 2007, Tavarez was represented by Paul Brenner, Esq., who had been retained, and I sent the discovery materials to him. The discovery materials included a copy of Exhibit 2. (The bottom right-hand corner of the pages in Exhibit 2 are marked with control numbers 13-16, which are control numbers that I added before sending out that document as part of discovery.)

On January 30, 2008, in connection with ongoing plea negotiations between the parties, I asked John O'Malley, an Investigator employed by the United States Attorney's Office, to run a criminal history record for Tavarez in the federal and New York state databases, to which he has access. In response, Investigator O'Malley provided me with a three-page document containing Tavarez's criminal history in the federal system. This document was marked as Court Exhibit 1 during Tavarez's sentencing proceeding and it is attached hereto as Exhibit 1. In addition, he provided me with a four-page document, attached hereto as Exhibit 3, containing Tavarez's criminal history in the New York state system. Neither Exhibit 1 nor Exhibit 3 contains any reference to Tavarez's New York youthful offender conviction. I believe that I used both Exhibit 1 and Exhibit 3 to prepare a draft of the parties' plea agreement in this case. I do not recall why I did not refer to Exhibit 2 in my preparation of the plea agreement, except that I would usually ask Investigator O'Malley to run a criminal history record for me if I believed that I did not already have one in my files.

I conducted the safety valve proffer of Tavarez on February 4, 2008. I also recently reviewed my notes from that proffer session. I do not recall, during that safety valve proffer session, Tavarez telling me that he had a youthful

offender conviction in New York state. My notes do not reflect that Tavarez provided that information during the safety valve proffer.

On or about February 29, 2008, I prepared a plea agreement and sent it to Mr. Brenner. I believe that I used Exhibits 1 and 3 to prepare the criminal history portion of the plea agreement and, as reflected in those documents, I noted in the draft plea agreement that Tavarez did not have any criminal history points.

On March 4, 2008, Tavarez pled guilty pursuant to the plea agreement which was initially exchanged by the parties on February 29, 2008.

Thank you for your consideration of these matters. Please let me know if any further information would be helpful.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

By: _____
    Jessica A. Masella
    Assistant United States Attorney
    Telephone: (212) 637-2288

cc.: Paul S. Brenner, Esq.
    *Counsel for Manaure Tavarez*
    (By Facsimile and ECF)

# EXHIBIT 1

# Additional Inquiry Response

All subsequent information is associated with: NYSID - 544615Q

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

## Federal NCIC, III and/or FBI Response

### ● FBI Information

The following is the response received as a result of your request for a III search from the FBI based on:

- **FBI number: 769782RC8**

```
ATN/OMALLEYJ
*********************  CRIMINAL HISTORY RECORD  **********************
DATA AS OF                 2008-01-30
*****************************  INTRODUCTION  *****************************
THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:
FBI NUMBER                 769782RC8
REQUEST ID
PURPOSE CODE               C
ATTENTION                  OMALLEYJ
THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-769782RC8.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. (US; 2008-01-30)
ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL. (US;
2008-01-30)
THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED. (US;
2008-01-30)
*****************************  IDENTIFICATION  ****************************
SUBJECT NAME(S)
TAVAREZ, MANAURE D
TAVAREZ, MANAURE DEJESUS     (AKA)
TAVAREZ, MANUARE DEJESUS     (AKA)
TAVAREZ, MANUARE DE JESUS    (AKA)
SUBJECT DESCRIPTION
FBI NUMBER                 STATE ID NUMBER
769782RC8                  NY0544615Q (NY)
SEX                        RACE
MALE                       WHITE
HEIGHT                     WEIGHT                 DATE OF BIRTH
5'08"                      190                    1987-04-16
                                                  1987-04-06
HAIR COLOR                 EYE COLOR              FINGERPRINT PATTERN
```

```
ADDRESS
                            1000 CUSTER HOLLOW RD
                            CLARKSBURG, WV 26306
------------------------------------------------------------------
AGENCY                      POLICE DEPARTMENT NEW YORK; NY03030W1;
ADDRESS
                            IDENTIFICATION SECTION 1 POLICE PLZ RM 606
                            NEW YORK, NY 100381403
------------------------------------------------------------------
AGENCY                      FBI NEW YORK; NYFBINY00;
ADDRESS
                            23RD FLOOR 26 FEDERAL PLAZA
                            NEW YORK, NY 102780004
* * * END OF RECORD * * *
```

EXHIBIT 2

```
ecord ID: 08/09/07 12:30:16.93
ved by RIVERA


30-1230 08/09/07    ROSQ# KUSA 14637   RDSQ# 01100510   PART 001 OF 003
HIST KUSA              FILE 15   DCJS ALBANY NY001015Y    AUG  09,2007 REPLY
KUSA

02851       FILED 08-09-07
                                                  RESTRICTED TO OFFICIAL PURPOSES
IZATION OF THE YOUTHFUL OFFENDER DATA BELOW RESTRICTED TO OFFICIAL PURPOSES
ORIZED BY LAW AND SHOULD NOT BE FURTHER DISSEMINATED EXCEPT UPON SPECIFIC
ORIZATION OF A COURT OR WHERE SPECIFICALLY REQUIRED OR PERMITTED BY STATUTE.
                                STATE OF NEW YORK         TRAN NO    02851
E  08-09-07
E    1231              DIVISION OF CRIMINAL JUSTICE SERVICES    PAGE      1
 NO
        CONFIDENTIAL TO:    US DIST COURT SOUTH           DOB 04-16-87
                            US PRETRIAL SVCS              RAC HISPANIC
                            500 PEARL ST RM 550           SEX MALE
                            NEW YORK        NY            HGT 5-08
   [988402M ]                               10007-1312    SOC
                                                          FBI 769782RC8
                                         ! !NYSID 0544615Q! III NYS ONLY
PUT NAME   TAVAREZ,MANAURE DEJESUS        !                PRB 1712055

        ************************************************************
        *THIS NYSID NUMBER WAS USED PREVIOUSLY AND IS NOW REASSIGNED *
        *TO THIS INDIVIDUAL.                                         *
        ************************************************************

            SUBJECT CURRENTLY ON PROBATION WITH PROB KINGS 2ND TERM
     REFER TO CASE NUMBER 3202286            NAME TAVAREZ,MANAURE

                          NAMES USED BY SUBJECT          [ARREST INQ PRINT ]
VAREZ,MANAURE


            < < < < < < < CRIMINAL HISTORY > > > > > > >

                                                DISPOSITION AND
     ARREST         ! ARREST/ARRAIGNMENT CHARGES !   RELATED DATA
   INFORMATION      !

  DT/PL 04-05-06!       - - ARREST - -         ! - - DISPOSITION - -
 PD 104         !GR LARCENY-4TH:AUTO OVER $100 !04-20-06  QUEENS CO SUP CRT
                !PL  155.30         SUB 08     !          CASE # 01072-2006
 DATE: 04-05-06 !CLASS E FEL        NCIC 2404  !ADJUDICATED YOUTHFUL OFFENDER
ME PLACE:       !                              !AFTER PLEA OF GUILTY
 PD 104         !CRIMINAL MISCHIEF-3RD         !
                !PL  145.05         NO SUB     !THE FOLLOWING CHARGE(S):
R#/AGY Q06618955!CLASS E FEL        NCIC 2999  !UNAUTH USE OF VEHICLE-3RD
 PD PCT 104     !                              !PL  165.05         NO SUB
                !POSSESSION OF BURGLAR TOOLS   !CLASS A MISD       NCIC 2411
 CON# 57929118L !PL  140.35         NO SUB     !
                !CLASS A MISD       NCIC 2206  !PROB    3 YEARS
X NO    Q018102 !                              !SENTENCED ON   10-23-06
                !AUTO STRIPPING-3RD            !
                !PL  165.09         SUB 01     !
                !CLASS A MISD       NCIC 2304  ! .  .  .  .  .  .
                !                              !
                !CRIM POSSESSION STOLN PROP-5TH!04-06-06   CRIM CRT QUEENS
                !PL  165.40         NO SUB     !           CASE # 2006QN018068
                !CLASS A MISD       NCIC 2804  !INITIAL REPORT OF DOCKET
ONT. NEXT PAGE)
```

13

```
ecord ID: 08/09/07 12:30:17.31
ved by RIVERA


30-1230 08/09/07   ROSQ# KUSA 14637   RDSQ# 01100510   PART 002 OF 003
                                                             PAGE      2
    08-09-07
    TAVAREZ,MANAURE DEJESUS            NYSID  0544615Q  TRAN NO   02851


              < < < < < < < CRIMINAL HISTORY > > > > > > >
------------------------------------------------------------------------
                !                              !  DISPOSITION AND       !
   ARREST       ! ARREST/ARRAIGNMENT CHARGES   !   RELATED DATA         !
 INFORMATION    !                              !
------------------------------------------------------------------------
                !                              !NUMBER
                ! .     .    .    .    .       ! .    .    .    .    .
                !   - - ARRAIGNMENT - -        !
                !                              !
                !ATTEMPTED GRAND LARCENY 2     !04-06-06  CRIM CRT QUEENS
                !PL   110/155.40    SUB 01    !         CASE # 2006QN018068
                !CLASS D FEL       NCIC 2399  !ARRAIGNED
                !                              !
                !ATTEMPTED BURGLARY 3          !
                !PL   110/140.20    NO SUB    ! .    .    .    .    .
                !CLASS E FEL       NCIC 2299  !04-20-06  QUEENS CO SUP CRT
                !                              !         CASE # 01072-2006
                !POSSESSION OF BURGLAR TOOLS  !ARRAIGNED
                !PL   140.35        NO SUB    !
                !CLASS A MISD      NCIC 2206  ! .    .    .    .    .
                !                              !
                !ATTEMPTED GRAND LARCENY 4     !10-23-06  QUEENS CO SUP CRT
                !PL   110/155.30    SUB 08    !         CASE # UNKNOWN
                !CLASS A MISD      NCIC 2404  !NOT ARRAIGNED
                !                              !
                !CRIM MIS:INTENT DAMAGE PROPRTY!THE FOLLOWING CHARGE(S):
                !PL   145.00        SUB 01    !GR LARCENY-4TH:AUTO OVER $100
                !CLASS A MISD      NCIC 2999  !PL   155.30        SUB 08
                !                              !CLASS E FEL       NCIC 2404
                !UNAUTH USE VEH:W/O OWNER CNSNT!
                !PL   165.05        SUB 01    !CRIMINAL MISCHIEF-3RD
                !CLASS A MISD      NCIC 2411  !PL   145.05        NO SUB
                !                              !CLASS E FEL       NCIC 2999
                !UNAUTH USE OF VEHICLE-3RD    !
                !PL   165.05        NO SUB    !AUTO STRIPPING-3RD
                !CLASS A MISD      NCIC 2411  !PL   165.09        SUB 01
                !                              !CLASS A MISD      NCIC 2304
                !                              !
                !                              !CRIM POSSESSION STOLN PROP-5TH
                !                              !PL   165.40        NO SUB
                !                              !CLASS A MISD      NCIC 2804
                !                              !
                !                              !
                !                              !   - - PROBATION DATA - -
                !                              !10-23-06 SENTENCE DATE
                !                              !  PROB KINGS 2ND TERM
                !                              !         REG # 3202286
                !                              !10-22-09 MAX EXP DATE
                !                              !
                !                              !
------------------------------------------------------------------------
R DT/PL 06-12-07!     - - ARREST - -           !   - - DISPOSITION - -
CPD 7           !CPCS-5TH:WITH INTENT TO SELL  !06-12-07  CRIM COURT NEW YORK
ONT. NEXT PAGE)
```

```
ecord ID: 08/09/07 12:30:17.53
ved by RIVERA

0-1230 08/09/07   ROSQ# KUSA 14637   RDSQ# 01100510   PART 003 OF 003
      08-09-07                                                  PAGE    3
      TAVAREZ,MANAURE DEJESUS         NYSID 0544615Q   TRAN NO  02851

                 < < < < < < < CRIMINAL HISTORY > > > > > > >
-------------------------------------------------------------------------
                   !                                 ! DISPOSITION AND   !
      ARREST       !  ARREST/ARRAIGNMENT CHARGES     !   RELATED DATA    !
   INFORMATION     !                                 !                   !
-------------------------------------------------------------------------
                   !PL   220.06      SUB 01          !  CASE # 2007NY044689
 DATE: 06-12-07    !CLASS D FEL      NCIC 3599       !INITIAL REPORT OF DOCKET
 E PLACE:          !                                 !NUMBER
   D 7             !POSSESS FORGED INSTRUMENT-2ND!
                   !PL   170.25      NO SUB          !    .    .    .    .
 /AGY M07651390    !CLASS D FEL      NCIC 2506       !
   D PCT 007       !                                 !06-12-07  CRIM COURT NEW YORK
                   !OPER MV W/O INSPECT CERTIFICAT!           CASE # 2007NY044689
 CON# 59177261P    !VTL  0306        SUB B           !ARRAIGNED
                   !                 INFR  NCIC 5499 !
 NO   M041480      !   .    .    .    .    .    .    !
                   !                                 !
                   !  - - ARRAIGNMENT - -            !
                   !                                 !
                   !CPCS-5TH:WITH INTENT TO SELL     !
                   !PL   220.06      SUB 01          !
                   !CLASS D FEL      NCIC 3599       !
                   !                                 !
                   !POSSESS FORGED INSTRUMENT-2ND!
                   !PL   170.25      NO SUB          !
                   !CLASS D FEL      NCIC 2506       !
-------------------------------------------------------------------------
                 < < < < < < < OTHER INFORMATION > > > > > > >
-------------------------------------------------------------------------
 EST UPDATED PERSONAL DESCRIPTORS:  EYES/BROWN    HAIR/BLACK    WGT 190 LBS
-------------------------------------------------------------------------
  INFO! APR 16,1987
-------------------------------------------------------------------------
  INFO! UNKNOWN              ! DOMINICAN REPUBLIC
-------------------------------------------------------------------------
 E AND! REPORTED ON    !        INFORMATION
 DRESS!--------------------------------------------------------------
      !APR  05,2006!  TAVAREZ,MANAURE
      !JUNE 12,2007!  TAVAREZ,MANAURE
      !            !422   SOUTH 4 STRE     BROOKLYN           NEW YORK
-------------------------------------------------------------------------
 ERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
 ARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
 LESS IDENTIFIED AS CONSECUTIVE.

 S RESPONSE IS BASED ON A NYSID NUMBER SUPPLIED BY YOUR AGENCY.

         ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                          DENISE E. O'DONNELL, COMMISSIONER
```

EXHIBIT 3

Repository Inquiry for NYSID No: 00544615Q on 02/30/2008 02:45:08
Case 1:07-cr-00841-DC Document 24 Filed 03/08/2008  Page 12 of 15
Page 1 of 4

# Repository Inquiry

To: OMALLEYJ For: massella Case No: i082260 - NYSID No: 00544615Q - CRI

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III

## ● Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**This NYSID Number was used previously and is now reassigned to this individual.**

**Wanted information included in this record.**

## ● Identification Information

**Name:**
MANAURE TAVAREZ

**Date of Birth:**
Apr 16, 1987

**Place of Birth:**
Dominican Republic

**Address:**
422 SOUTH 4 STRE, BROOKLYN, NY

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | White | Hispanic | Dark/Medium |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 08" | 190 |

**SSN:**
**NYSID#:** 00544615Q  **FBI#:** 769782RC8  **Probation Client ID#:** 1712055  **NCIC Classification:**
**III status:** Criminal record in other states or in multiple FBI files for NYS

## ● Summary Information

**Name:** MANAURE TAVAREZ  **Total Arrests:** 1
**Date of Earliest Arrest:** June 12, 2007  **Date of Last Arrest:** June 12, 2007

| Total Arrests Charges: | 3 | Total Convictions: | 0 | Total Open Charges: | 2 |
|---|---|---|---|---|---|
| Felony: | 2 | Felony: | 0 | Felony Open Charges: | 2 |
| Violent Felony: | 0 | Violent Felony: | 0 | Open Misdemeanor(s): | 0 |
| Firearm: | 0 | Firearm: | 0 | Other Open Charges: | 0 |
| Misdemeanor: | 0 | Misdemeanor: | 0 | | |
| Other: | 1 | Other: | 0 | | |
| | | YO Adjudication(s): | 0 | | |

| Warrant Information: | | Revocation Counts: | | Miscellaneous: | |
|---|---|---|---|---|---|
| Failure to Appear Counts: | 1 | Probation: | 0 | Escape Charges: | 0 |
| Open Warrants: | 1 | Parole: | 0 | Sex Offender Convictions: | 0 |

# ● NYS Criminal History Information

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: June 12, 2007 11:31 am (11:31:00)

| | |
|---|---|
| Name: | MANAURE TAVAREZ |
| Date of Birth: | April 16, 1987 |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Hispanic |
| Age at time of crime/arrest: | 20 |
| Address: | 422 SOUTH 4 STRE, BROOKLYN, NY |
| Fax Number | 41480 |
| Place of Arrest: | NYCPD 7 |
| Arrest Type: | Unknown |
| Date of Crime: | June 12, 2007 |
| Place of Crime: | NYCPD 7 |
| Criminal Justice Tracking No.: | 59177261P |
| Arresting Agency: | NYCPD PCT 007 |
| Arresting Officer ID: | 934800 |
| Arrest Number: | M07651390 |

Arrest Charges:

-- Criminal Possession Controlled Substance-5th:Intent To Sell
  PL 220.06  Sub 01    Class D    Felony Degree 5    NCIC 3599

-- Possession Forged Instrument-2nd Degree
  PL 170.25    Class D   Felony Degree 2   NCIC 2506

-- Operating A Motor Vehicle Without Inspection Certificate
  VTL 0306  Sub B         Infraction Degree 0      NCIC 5499

### Court Case Information
-- Court: New York County Criminal Court   Case Number: 2007NY044689

   **Arraigned** June 12, 2007
   -- Criminal Possession Controlled Substance-5th:Intent To Sell

|  |  |  |  |
|---|---|---|---|
| PL 220.06 Sub 01 | Class D | Felony | NCIC 3599 |
| -- Possession Forged Instrument-2nd Degree | | | |
| PL 170.25 | Class D | Felony | NCIC 2506 |

**Initial Report Of Docket Number** June 12, 2007

**Bench Warrant Issued, Disposition Pending** October 03, 2007

---

## ● Other History Related Information ⬆

There is no Other History Related Information associated with this history.

## ● Job/License Information ⬆

There is no Job/License Information associated with this history.

## ● Wanted Information ⬆

**CAUTION** : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.

## Warrant: 1 of 1

**Associated Charge:**
-- Criminal Possession Controlled Substance- 5th Degree
PL 220.06        Class D     Felony Degree 5     NCIC 3599

**Wanted By:** NYCPD Warrant Section-Central Warrant Unit(NY03030W1)
300 Gold Street
Room 210
Brooklyn, NY 11201
(718)330-2227

**Warrant Data:**
Name: MANAURE D TAVAREZ

**Date of Birth:** April 16, 1987

| Sex: | Race: | Skin Tone: |
|---|---|---|
| Male | Unknown | Light |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 08" | 190 |

**Primary Social Security#:** 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

| NYSID#: | FBI#: | Docket #: | WPR#: | Originating Agency Case#: |
|---|---|---|---|---|
| 00544615Q | 769782RC8 | 2007NY044689 | 7916295 | V07100706 |

**NCIC Number:**
W703156735
**Misc Data:**

The Name, DOB, FBI Number, NYSID, Sex, are similar to the data included in your request.

| Date of Warrant: | October 03, 2007 | Type of Warrant: Bench Warrant |
|---|---|---|
| Date of Entry Onto State Files: | October 04, 2007 | Status of Warrant: Issued - a warrant has been |

        signed by an empowered authority

The wanting agency has indicated it will extradite throughout New York State and outside the state..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

## Missing Person Information

There is no NYS Missing Person Information associated with this history.

## Additional Information

**Caution:** Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number: 769782RC8

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

- NCIC - Person Files
- NCIC - Protection Order File
- III Record Request

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.